21653. ZIPPERER *v.* THE STATE.

LUKE, J. This case is controlled by decisions of this court previously rendered in the two companion cases of *Zipperer* v. *State*, 43 *Ga. App.* 783 (160 S. E. 103).

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 10, 1931.

*Paul S. Etheridge, Judson Andrews,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, E. A. Stephens,* contra.